DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

### BROWN v. LEE

No. 559P93

Case below: 112 N.C.App. 852

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

### BULLARD v. BULLARD

No. 54P94

Case below: 113 N.C.App. 201

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

### CAMP v. NEIGHBORS

No. 25P94

Case below: 112 N.C.App. 852

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

### CANADY v. ONSLOW COUNTY

No. 26P94

Case below: 112 N.C.App. 852

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

### CHARLOTTE-MECKLENBURG HOSPITAL AUTH. v. FIRST OF GA. INS. CO.

No. 21PA94

Case below: 112 N.C.App. 828

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.